AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

PHOTON DYNAMICS, INC.

V.

HORN INTERNATIONAL PACKAGING, INC.,
LAMCO SYSTEMS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11636 MLW

TO: (Name and address of Defendant)
Horn International Packaging, Inc.
11 Westford Road
Ayer, MA 01432

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Clinton
BBO#: 086960
Terence G. Kenneally
BBO#: 642124
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  JUL 2 2 2004



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

July 30, 2004

I hereby certify and return that on 7/29/2004 at 2:55PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to MR. HAMILTON, agent, person in charge at the time of service for HORN INTERNATIONAL PACKAGING, INC., at 11 WESTFORD Road, Ayer, MA 01432. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($17.20) Total Charges $57.70

 

*(signature)*
_____
Deputy Sheriff

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |
| **DECLARATION OF SERVER** |||

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                   *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.