UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED*
*IN CLERK'S OFFICE*
*2004 OCT 12 A 9: 25*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

| | |
|---|---|
| SAINT PAUL FIRE AND MARINE INSURANCE COMPANY, <br>     Plaintiff, <br><br> v. <br><br><br> HORN INTERNATIONAL PACKAGING, INC., <br>     Defendant/Third-Party Plaintiff, <br> AND LAMCO SYSTEMS, INC., <br>     Defendant, <br><br> v. <br><br> GENERAC POWER SYSTEMS <br>     Third-Party Defendants | C.A. NO.: 04-11636 MLW |

**THIRD-PARTY COMPLAINT OF THE DEFENDANT/THIRD-PARTY PLAINTIFF,
HORN INTERNATIONAL PACKAGING, INC., AGAINST THE
THIRD-PARTY DEFENDANT, GENERAC**

PARTIES AND JURISDICTION

1.    The defendant\third-party plaintiff, Horn International Packaging, Inc. ("Horn International"), is a Massachusetts corporation that has been named in an action for breach of warranty and negligence seeking damages. A copy of the Amended Complaint is attached.

2.    The third-party defendant is Generac Power Systems ("Generac") with a principal place of business at Highway 59 & Hillside Road, P.O. Box 8, Waukesha, Wisconsin 53187.

3.    According to its website, Generac has "a network of authorized sales, installation and service dealers" that includes dealers operating in Andover, Massachusetts; Wilmington, Massachusetts; Littleton, Massachusetts; Arlington, Massachusetts; Billerica, Massachusetts; Medford Massachusetts; Groton, Massachusetts; Lawrence, Massachusetts; and Burlington, Massachusetts.

FACTS

4.    The plaintiff alleges in relevant part in its Complaint that an HVAC system that was being used to control the temperature of the container in which the equipment that the plaintiff had purchased and was shipping from Massachusetts to California failed, causing an explosion and fire that destroyed the plaintiff's equipment.

5.    Upon information and belief, the HVAC system was powered by a generator designed, manufactured, inspected, and distributed by Generac.

6.    If such failure occurred as alleged, then any such failure would be attributable to the conduct of Generac.

## COUNT I - INDEMNIFICATION

7.    Horn International repeats the allegations contained in paragraphs 1 through 6.

8.    Generac made an implied and\or express agreement to indemnify Horn for the claims of the plaintiff.

9.    Generac is obligated to indemnify Horn International for any judgment entered against the defendant together with interest, costs and attorney fees.

WHEREFORE, the third-party plaintiff, Horn International Packaging, Inc., demands that judgment for indemnity enter against the third-party defendant, Generac Power Systems, for any judgment entered against the third-party plaintiff together with interest, costs and attorney fees.

## COUNT II - CONTRIBUTION

10.    Horn International repeats the allegations contained in paragraphs 1 through 9.

11.    The generator manufactured and distributed by Generac that was used to power the HVAC system that the plaintiff alleges failed and caused its damages was negligently and/or defectively designed, manufactured, and/or inspected and this negligence and/or defective product caused the damages alleged by the plaintiff.

12.    Generac is liable for contribution pursuant to G.L. c. 231B.

WHEREFORE, the third-party plaintiff, Horn International Packaging, Inc., demands judgment for contribution against the third-party defendant, Generac Power Systems, together with interest and costs.

2

Date: October 11, 2004

THE DEFENDANT,
HORN INTERNATIONAL PACKAGING, INC.,
BY ITS ATTORNEY,

_Anthony M. Campo_
Anthony M. Campo, BBO# 552093
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775

<u>CERTIFICATE OF SERVICE</u>

Pursuant to Mass. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Anthony M. Campo, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Thomas C. Clinton, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Ste. 1400
Boston, MA.  02108

Lamco Systems, Inc.
4 Cummings Rd.
Tyngsboro, MA  01879

George Lahey, Esquire
Registered Agent for Process of Service for Lamco Systems, Inc.
16 Pine Street
Lowell, MA 01852

Aaron Jagdfeld
Generac Power Systems
Highway 59 & Hillside Road, P.O. Box 8
Waukesha, Wisconsin 53187

SIGNED UNDER THE PENALTIES OF PERJURY THIS 11th DAY OF

_October_, 2004.

_Anthony M. Campo_
Anthony M. Campo, BBO# 552093
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775

3