UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAINT PAUL FIRE AND MARINE
INSURANCE COMPANY,
        Plaintiff,

v.                                       C.A. NO: 04-11636 MLW

HORN INTERNATIONAL PACKAGING, INC.
and
LAMCO SYSTEMS, INC.,
        Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter our appearance on behalf of the Defendant, Lamco Systems, Inc., relative to the above-captioned case.

The Defendant,
Lamco Systems, Inc.,
By its Attorneys,

_/s/ Scott J. Tucker_
Scott J. Tucker – BBO 503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

Scott J. Tucker – 10-15-04