UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAINT PAUL FIRE AND MARINE
INSURANCE COMPANY,
               Plaintiff,

v.                                        C.A. NO: 04-11636 MLW

HORN INTERNATIONAL PACKAGING, INC.
and
LAMCO SYSTEMS, INC.,
               Defendants.

ASSENTED TO MOTION
OF THE DEFENDANT LAMCO SYSTEMS, INC. TO EXTEND TIME WITHIN IT
MUST FILE AN ANSWER TO AMENDED COMPLAINT AND ANSWER TO
CROSS-CLAIM

Now comes the Defendant Lamco Systems, Inc. in the above-captioned matter and moves for leave to extend the time within which it must file an Answer to the Amended Complaint and Answer to Cross-Claim up to and including October 22, 2004.

                                           The Defendant,
                                           Lamco Systems, Inc.,
                                           By its Attorneys,

                                           _____
                                           Scott J. Tucker – BBO 503940
                                           Tucker, Heifetz & Saltzman, LLP
                                           Three School Street
                                           Boston, MA 02108
                                           (617) 557-9696

ASSENTED TO:
The Plaintiff,
St. Paul Fire and Marine
Insurance Company,
By its Attorneys,

*Terrence G. Kenneally /TY*
Thomas E. Clinton, BBO# 086960
Terrence G. Kenneally, BBO# 642124
Clinton & Muzyka, P.C.
One Washington Mall
Boston, MA  02108
(617) 723-9165

ASSENTED TO:
The Defendant,
Horn International Packaging, Inc.
By its Attorneys,

*Anthony M Campo /TY*
Anthony M. Campo, BBO# 552093
Boyle, Morrisssey & Campo
25 Stuart Street
Boston, MA 02116
(617) 451-2000

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.
*Scott Tucker* – 10-15-04