UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAINT PAUL FIRE AND MARINE
INSURANCE COMPANY,
        Plaintiff,

v.                                             C.A. NO: 04-11636 MLW

HORN INTERNATIONAL PACKAGING, INC.
and
LAMCO SYSTEMS, INC.,
        Defendants.

## LAMCO SYSTEMS, INC.'S ANSWER TO CROSS-CLAIM, CROSS-CLAIM AND JURY CLAIM

### ANSWER TO CROSS-CLAIM

### COUNT I

1. The Defendant denies the allegations contained in this Paragraph.

2. The Defendant denies the allegations contained in this Paragraph.

    Wherefore, the Defendant states that the Cross-Claim should be dismissed and the Cross-Claimant take nothing and the Defendant be awarded its costs and attorneys' fees.

### COUNT II

3. The Defendant denies the allegations contained in this Paragraph.

4. The Defendant denies the allegations contained in this Paragraph.

    Wherefore, the Defendant states that the Cross-Claim should be dismissed and the Cross-Claimant take nothing and the Defendant be awarded its costs and attorneys' fees.

## AFFIRMATIVE DEFENSES

First Affirmative Defense

And answering further, the Defendant states that the Amended Complaint fails to state a claim upon which relief may be granted and therefore should be dismissed pursuant to Fed. R. Civ. P. 12 (b) (6).

## CROSS-CLAIM

1. If the the Defendant/Cross-Claimant, Lamco, is found negligent and liable for the Plaintiff's damages, then the Cross-Claim Defendant, Horn, was also negligent and is liable to Lamco for contribution pursuant to Mass. G. L. c. 231B

Wherefore, the Defendant/Cross-Claimant demands judgment against Horn in the amount of its pro rata share of liability together with interests and costs.

## JURY CLAIM

The Defendant demands a trial by jury as to all allegations set forth in the Cross-Claims and any answers thereto and any further pleadings.

The Cross-Claimant and
Defendant-in-Cross-Claim,
Lamco Systems, Inc.,
By its Attorneys,

Scott J. Tucker – BBO 503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

Scott Tucker   -10-19-04