UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SAINT PAUL FIRE AND MARINE<br>INSURANCE COMPANY,<br>    Plaintiff, | ) ) ) ) | |
| v. | ) ) ) | |
| HORN INTERNATIONAL PACKAGING, INC.,<br>    Defendant/Third-Party Plaintiff,<br>AND LAMCO SYSTEMS, INC.,<br>    Defendant, | ) ) ) ) | C.A. NO.: 04-11636 MLW |
| v. | ) ) | |
| GENERAC POWER SYSTEMS<br>    Third-Party Defendants | ) ) | |

## CORPORATE DISCLOSURE OF DEFENDANT/THIRD-PARTY PLAINTIFF HORN INTERNATIONAL PACKAGING, INC., PURSUANT TO LOCAL RULE 7.3(A)

Pursuant to Local Rule 7.3(A) of the Local Rules of Civil Procedure for the United States District Court, District of Massachusetts, defendant/third-party plaintiff Horn International Packaging, Inc., states that its parent company is Horn Corporation, 11 Westford Road, Ayer, Massachusetts, but that no publicly held company holds more than ten percent (10%) or more of its stock.

THE DEFENDANT/
THIRD-PARTY PLAINTIFF,
HORN INTERNATIONAL
PACKAGING, INC.,
BY ITS ATTORNEY,

Date: October 19, 2004

_____
Anthony M. Campo, BBO# 552093
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Anthony M. Campo, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Thomas C. Clinton, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Ste. 1400
Boston, MA.  02108

Scott Jay Tucker, Esq.
Tucker, Heifetz & Saltzman
Three School Street
Boston MA 02108

Aaron Jagdfeld
Generac Power Systems
Highway 59 & Hillside Road, P.O. Box 8
Waukesha, Wisconsin 53187

SIGNED UNDER THE PENALTIES OF PERJURY THIS 19th DAY OF

_____, 20 04.

_____
Anthony M. Campo, BBO# 552093
Boyle, Morrissey & Campo, P.C.

F:\WordDocs\Cases\6162\plead\Corporate Disclosure.doc