UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT PAUL FIRE AND MARINE INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br><br>HORN INTERNATIONAL PACKAGING, INC.,<br>    Defendant/Third-Party Plaintiff,<br>AND LAMCO SYSTEMS, INC.,<br>    Defendant,<br><br>v.<br><br>GENERAC POWER SYSTEMS<br>    Third-Party Defendants | C.A. NO.: 04-11636 MLW |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK:

Please be advised that Boyle, Morrissey & Campo, P.C., counsel for the Defendant/Third-Party Plaintiff, Horn International Packaging, Inc., in the above-captioned matter, have changed their address to:

    Boyle, Morrissey & Campo, P.C.
    695 Atlantic Avenue
    11th Floor
    Boston, MA 02111

    THE DEFENDANT/THIRD-PARTY PLAINTIFF,
    HORN INTERNATIONAL PACKAGING, INC.,
    BY ITS ATTORNEY,

DATE: Nov. 15, 2004

    Anthony M. Campo, BBO# 552093
    Boyle, Morrissey & Campo, P.C.
    695 Atlantic Ave., 11th Floor
    Boston, MA 02111
    (617) 451-2000
    FAX: (617) 451-5775

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Michael C. Palermo, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

> Thomas C. Clinton, Esq.
> Clinton & Muzyka, P.C.
> One Washington Mall, Ste. 1400
> Boston, MA. 02108

SIGNED UNDER THE PENALTIES OF PERJURY THIS 15th DAY OF Nov, 2004.

_____
Anthony M. Campo, BBO# 552093
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775