UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAINT PAUL FIRE AND MARINE )
INSURANCE CO. )
    Plaintiff )
)
V. )
)
HORN INTERNATIONAL PACKAGING, )
INC., ET AL, )
    Defendant/Third Party Plaintiff, )    CIVIL NO. 04-11636-MLW
And LAMCO SYSTEMS, INC. )
    Defendant )
)
V. )
)
GENERAC POWER SYSTEMS )
    Third Party Defendant )

**ANSWER OF THE THIRD PARTY DEFENDANT, GENERAC POWER SYSTEMS, INC ANSWER TO THIRD PARTY COMPLAINT AND DEMAND FOR JURY TRIAL**

PARTIES AND JURISDICTION

1.    The Third Party Defendant can neither admit nor deny the allegations of Paragraph 1 of the Third Party Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

2.    The Third Party Defendant admits the allegations of Paragraph 2 of the Third Party Complaint.

3.    The Third Party Defendant admits the allegations of Paragraph 3 of the Third Party Complaint.

FACTS

4.    The Third Party Defendant can neither admit nor deny the allegations of Paragraph 4 of the Third Party Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

5.    The Third Party Defendant can neither admit nor deny the allegations of Paragraph 5 of the Third Party Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

6.  The Third Party Defendant denies the allegations of Paragraph 6 of the Third Party Complaint.

## COUNT I- INDEMNIFICATION

7.  The Third Party Defendant incorporates herein by reference its answers to Paragraphs 1 through 6 of this Answer as if set forth word for word.

8.  The Third Party Defendant denies the allegations of Paragraph 8 of the Third Party Complaint.

9.  The Third Party Defendant denies the allegations of Paragraph 9 of the Third Party Complaint.

## COUNT II – CONTRIBUTION

10. The Third Party Defendant incorporates herein by reference its answers to Paragraphs 1 through 9 of this Answer as if set forth word for word.

11. The Third Party Defendant denies the allegations of Paragraph 11 of the Third Party Complaint.

12. The Third Party Defendant denies the allegations of Paragraph 12 of the Third Party Complaint.

In further answering, the Third Party Defendant asserts the following affirmative defenses:

### First Affirmative Defense

And further answering, the Third Party Defendant says that the damages alleged were caused in whole or in part by negligence of the Plaintiff to a degree greater than any alleged negligence of the Third Party Defendant.

### Second Affirmative Defense

And further answering, the Third Party Defendant says that the damages alleged were not caused by the act or acts of any person for whose conduct the Third Party Defendant was legally responsible.

### Third Affirmative Defense

And further answering, the Third Party Defendant says that at the time of the alleged accident or incident, the Plaintiff was guilty of a violation of the law which contributed to cause the damages alleged.

### Fourth Affirmative Defense

And further answering, the Third Party Defendant says that the Complaint fails to state a claim against the Third Party Defendant upon which relief can be granted.

### Fifth Affirmative Defense

And further answering, the Third Party Defendant says that there was and is no privity of contract between this Third Party Defendant and the Third Party Plaintiff.

### Sixth Affirmative Defense

And further answering, the Third Party Defendant says that the warranty and/or warranties alleged by the Third Party Plaintiff did not arise under any contract with the Third Party Plaintiff or under any contract alleged or implied.

### Seventh Affirmative Defense

And further answering, the Third Party Defendant denies that it made warranties of any kind, express or implied, to the Third Party Plaintiff or to any person, firm or entity through whom the Third Party Plaintiff is entitled to claim.

### Eighth Affirmative Defense

And further answering, the Third Party Defendant says that the injury and/or damage of the Plaintiff arose, if at all, as a result of misuse of the product.

### Ninth Affirmative Defense

And further answering, the Third Party Defendant says that at the time of the alleged injury, the product was not being used for the purpose or in the manner contemplated by the Third Party Defendant but for some independent purpose of the Plaintiff or for some independent purpose of a third person, firm or entity; wherefore, recovery of the Plaintiff is barred.

### Tenth Affirmative Defense

And further answering, the Third Party Defendant says that the Plaintiff is barred from recovery because the product had been altered or modified by some third person, firm or entity.

### Eleventh Affirmative Defense

And further answering, the Third Party Defendant denies that it was negligent, careless or grossly negligent in any manner.

Twelfth Affirmative Defense

And further answering, the Third Party Defendant says that the Plaintiff failed to exercise due care at the time of the accident.

Thirteenth Affirmative Defense

And further answering, the Third Party Defendant says that the Plaintiff contributed to the cause of the action and, therefore, the damages, if any, should be diminished in accordance with G.L. c. 231, §85, as amended.

Wherefore, the Third Party Defendant demands that the Third Party Complaint be dismissed and that judgment enter thereon for Third Party Defendant, together with costs.

The Third Party Defendant demands a trial by jury.

GENERAC POWER SYSTEMS, INC.
By its attorney,

Jon S. Hartmere
B.B.O. No. 224510
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4631

**CERTIFICATE OF SERVICE**

I, Jon S. Hartmere, attorney for the Third Party Defendant, Generac Power Systems, Inc., in the above-entitled action, hereby certify that on the /6·14 day of December, 2004, I mailed a copy of the within Answer to the Third Party Complaint, postage prepaid, to all counsel.