UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAINT PAUL FIRE AND MARINE
INSURANCE COMPANY,
        Plaintiff,

v.                                  C.A. NO: 04-11636 MLW

HORN INTERNATIONAL PACKAGING, INC.
and
LAMCO SYSTEMS, INC.,
        Defendants.

### CERTIFICATION

I, Scott J. Tucker, hereby certify that I have conferred with Rick Hartson, President of Lamco Systems and Nancy Bradford of Acadia Insurance and we:

1) have established a budget for costs of conducting the full course of discovery and alternative courses for resolution of this litigation; and

2) have considered the resolution of this litigation through the use of alternative dispute resolution programs.

                                                      The Defendant,
                                                      By Its Attorneys,

                                                        _/s/ Scott J. Tucker_
                                                        Scott J. Tucker – BBO# 503940
                                                        Tucker, Heifetz & Saltzman, LLP
                                                        Three School Street
                                                        Boston, MA 02108
                                                        (617) 557-9696

_/s/ Richard Hartson_                               _/s/ Nancy Bradford_
Richard Hartson – President                   Nancy Bradford
Lamco Systems, Inc.                              Acadia Insurance Company

**CERTIFICATE OF SERVICE**
I hereby certify that I made service
of the foregoing document in accordance
with the provisions of Fed. R. Civ. P. 5.

_/s/ Scott Tucker_  1-20-05