UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
NO. 04-11636-MLW

SAINT PAUL FIRE AND MARINE
INSURANCE COMPANY
        Plaintiff,

VS.

HORN INTERNATIONAL PACKAGING, INC.,
LAMCO SYSTEMS, INC.
        Defendants,

VS.

GENERAC POWER SYSTEMS, INC.
        Third-Party Defendant.

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

| SAINT PAUL FIRE AND MARINE<br>INSURANCE COMPANY | CLINTON & MUZYKA, P.C. |
|---|---|
| *(signature)* | *(signature)* |
| Richard McLaughlin<br>Regional Claims Manager<br>St. Paul Fire & Marine Insurance<br>One Jericho Plaza<br>Jericho, NY 11753-1688 | Thomas E. Clinton<br>BBO NO. 086960<br>One Washington Mall<br>Suite 1400<br>Boston, MA 02108<br>(617)723-9165 |

Dated: February 4TH, 2005

St. Paul Fire & Marine Ins. Co.
Global Marine Recovery

FEB 0 - 2005

Richard McLaughlin
Recovery Analyst