```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

                                          CIVIL ACTION NO.
                                          NO. 04-11636-MLW

**SAINT PAUL FIRE AND MARINE**
**INSURANCE COMPANY**
          **Plaintiff,**

VS.

**HORN INTERNATIONAL PACKAGING, INC.,**
**LAMCO SYSTEMS, INC.**
          **Defendants,**
VS.

**GENERAC POWER SYSTEMS, INC.**
          **Third-Party Defendant.**

### JOINT SCHEDULING STATEMENT

Now come the parties, in the above captioned action, by and through their undersigned counsel, after conferencing pursuant to Local Rule 16.1(B) of the United States District Court, District of Massachusetts, hereby file this proposed Joint Scheduling Statement.

**I.   DISCOVERY**

The parties propose the following discovery plan:

A.   Plaintiff shall disclose its initial cause and origin report and identify the product defect alleged by July 15, 2005.

B.   All discovery and factual depositions to be completed by November 25, 2005.

C.   Plaintiff's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before January 6, 2006.

    D.    Defendant's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before February 3, 2006.

    E.    All expert depositions to be completed by April 14, 2006.

    F.    Final Pretrial Conference to be scheduled after June 2, 2006.

## II. MOTION SCHEDULE

In addition to the above, the parties propose the following motion schedule.

    A.    Motions to amend the pleadings, to add parties or to set forth additional claims to be filed on or before August 19, 2005.

    B.    Dispositive Motions to be filed by March 24, 2006 with Oppositions filed within twenty-one (21) days as set forth in the Local Rules of this Court.

## III. CERTIFICATION

The parties report that they have conferred with their clients pursuant to Local Rule 16.1(D)(3) and will independently file their Certificates of Compliance.

## IV. TRIAL BY MAGISTRATE JUDGE

The parties consent to trial by a Magistrate.

## V. SETTLEMENT

The plaintiff has tendered a written settlement demand to the defendants.

**WHEREFORE**, the parties pray that this Honorable Court approve the above proposed schedule.

Respectfully Submitted,

| | |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| **CLINTON & MUZYKA, P.C.** | **HORN INTERNATIONAL PACKAGING, INC.** |
| | **BOYLE, MORRISSEY & CAMPO, P.C,** |
| | |
| "/s/ Thomas E. Clinton" | "/s/Anthony M. Campo" |
| **Thomas E. Clinton** | **Anthony M. Campo** |
| **BBO No. 086960** | **BBO NO. 552093** |
| **Terence G. Kenneally** | **Philip J. Marino** |
| **BBO NO. 642124** | **BBO NO. 65468** |
| One Washington Mall | 695 Atlantic Ave. |
| Suite 1400 | Boston, MA 02111 |
| Boston, MA 02108 | 617-451-2000 |
| 617-723-9165 | |
| | |
| **DEFENDANT** | **THIRD-PARTY DEFENDANT** |
| **LAMCO SYSTEMS, INC.** | **GENERAC POWER SYSTEMS, INC.** |
| **TUCKER, HEIFETZ & SALTZMAN, LLP** | **LAW OFFICES OF JACQUELINE ALLEN** |
| | |
| "/s/ Scott J. Tucker" | "/s/Jon S. Hartmere" |
| **Scott J. Tucker** | **Jon S. Hartmere** |
| **BBO No.503940** | **BBO NO. 224510** |
| **Paul Saltzman** | 262 Washington Street |
| **BBO No.** | Boston, MA 02108 |
| Three School Street | 617-878-4631 |
| Boston, MA 02108 | |
| 617-557-9696 | |

Dated: April 1, 2005