```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


SAINT PAUL FIRE & MARINE INS. CO., )
     Plaintiff,                    )
                                   )
     v.                            )
                                   )
HORN INT'L PACKAGING, INC., and    )
LAMCO SYSTEMS, INC.,               )    C. A. No. 04-11636-MLW
     Defendants,                   )
                                   )
     v.                            )
                                   )
GENERAC POWER SYSTEMS,             )
     Third Party Defendant.        )
```

ORDER

WOLF, D.J.                                           April 22, 2005

As stated at the April 22, 2005 conference, it is hereby ORDERED that:

The parties shall exchange insurance expert reports and other reasonably requested discovery and then confer and discuss settlement. The results of this discussion shall be reported to the court by May 27, 2005.

                                    /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT JUDGE