UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAINT PAUL FIRE AND MARINE
INSURANCE COMPANY,
    Plaintiff,

v.

LAMCO SYSTEMS, INC.,
    Defendant,

and                                          C.A. NO: 04-11636 MLW

HORN INTERNATIONAL PACKAGING, INC.,
    Defendant/Third-Party Plaintiff,

v.

GENERAC POWER SYSTEMS,
    Third-Party Defendant.

## STATUS REPORT

The parties have engaged in settlement discussions, but have not yet reached settlement. The discussions are ongoing. As of this morning the status of the discussions is:

1)     The Defendants made an initial joint offer of $65,000, broken down as follows:

        Lamco Systems, Inc. - $30,000
        Horn International Packaging, Inc. - $30,000
        Generac Power Systems - $5,000

2)     The Plaintiff rejected this offer and made a demand of $130,000.

3)     The Defendants made a further offer of $75,000, broken down as follows:

        Lamco Systems, Inc. - $35,000
        Horn International Packaging, Inc. - $35,000
        Generac Power Systems - $5,000

4)     The Plaintiff rejected this offer and its demand remains $130,000.

| | |
|---|---|
| The Plaintiff,<br>St. Paul Fire & Marine<br>Insurance Co.,<br>By Its Attorneys, | The Defendant,<br>Lamco Systems, Inc.,<br>By Its Attorneys, |

_/s/ Thomas E. Clinton_
Thomas E. Clinton - BBO# 086960
Terrence G. Kenneally - BBO # 642124
Clinton & Muzyka, P.C.
One Washington Mall
Boston, MA 02108
(617) 723-9165

_/s/ Scott J. Tucker_
Scott J. Tucker – BBO 503940
Scott H. Kremer – BBO 559316
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

The Defendant/Third-party Plaintiff,
Horn International Packaging, Inc.,
By Its Attorneys,

The Third-party Defendant,
Generac Power Systems,
By Its Attorneys,

_/s/ Phil Marino_
Anthony M. Campo - BBO# 552093
Phil Marino – BBO# 651468
Boyle, Morrissey & Campo
695 Atlantic Avenue, 11th Floor
Boston, MA 02111
(617) 451-2000

_/s/ John S. Hartmere_
John S. Hartmere – BBO#224510
Law Offices of Jacqueline Allen
262 Washington Street - Suite 600
Boston, MA 02108
(617) 878-4631