UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PHOTON DYNAMICS INC.**

                CIVIL ACTION
                NO. 04-11636-MLW

    v

**HORN INTERNATIONAL PACKAGING, INC. et al**

## NOTICE

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a **STATUS CONFERENCE** on **SEPTEMBER 8, 2**005 **at 10**:00 A.M. before Judge **WOLF** in Courtroom # **10** on the **5th** floor. Parties shall, by **SEPTEMBER 1, 2005**, file an updated proposed schedule for the case.

                                          SARAH THORNTON, CLERK

**July 27, 2005**                By:  **/s/ Dennis O'Leary**
Date                            Deputy Clerk

**Notice mailed to:**
(notice.frm - 10/96)                                                    [ntchrgcnf.]