UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAINT PAUL FIRE AND MARINE INSURANCE COMPANY,<br>　　Plaintiff,<br><br>v.<br><br>HORN INTERNATIONAL PACKAGING, INC.,<br>　　Defendant/Third-Party Plaintiff,<br>AND LAMCO SYSTEMS, INC.,<br>　　Defendant,<br><br>v.<br><br>GENERAC POWER SYSTEMS<br>　　Third-Party Defendants | C.A. NO.: 04-11636 MLW |

**NOTICE OF APPEARANCE**

　　Please enter my appearance as attorney for the defendant, Horn International Packaging, Inc., in the above captioned action.

DATED: 8/31/05

Michael P. Johnson, BBO# 641827
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

CERTIFICATE OF SERVICE

　　Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Michael P. Johnson, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Terrence G. Kenneally, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Ste. 1400
Boston, MA 02108

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Jon S. Hartmere, Esq.
Law Offices of Jacqueline L. Allen
262 Washington St., Ste. 601
Boston, MA  02108

SIGNED UNDER THE PENALTIES OF PERJURY THIS 30th DAY OF _____August_____, 2005.

_____
Michael P. Johnson, BBO# 641827
Boyle, Morrissey & Campo, P.C.
695 Atlantic Ave.
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775