UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
NO. 04-11636-MLW

**SAINT PAUL FIRE AND MARINE**
**INSURANCE COMPANY**
        **Plaintiff,**

VS.

**HORN INTERNATIONAL PACKAGING, INC.,**
**LAMCO SYSTEMS, INC.**
        **Defendants,**
VS.

**GENERAC POWER SYSTEMS, INC.**
        **Third-Party Defendant.**

## JOINT SCHEDULING STATEMENT

    Now come the parties, in the above captioned action, by and through their undersigned counsel, after conferencing pursuant to Local Rule 16.1(B) of the United States District Court, District of Massachusetts, hereby submits to the Honorable Court that the parties are in agreement that the current Joint Scheduling Statement on file need not be revised. The parties also advise the court that they have been engaged an ongoing settlement negotiations but have not reached to resolve at this time.

    The parties also apologize to the court for not responding timely to the court's order to file a revised Joint Scheduling Statement by September 1, 2005.

WHEREFORE, the parties pray that this Honorable Court grant the parties request that the current Joint Scheduling Statement filed on April 1, 2005 remain as originally approved by the court.

Respectfully Submitted,

| | |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| **CLINTON & MUZYKA, P.C.** | **HORN INTERNATIONAL PACKAGING, INC.** |
| | **BOYLE, MORRISSEY & CAMPO, P.C,** |
| "/s/ Thomas E. Clinton" | "/s/Michael P. Johnson" |
| **Thomas E. Clinton** | Anthony M. Campo |
| BBO No. 086960 | BBO NO. 552093 |
| **Terence G. Kenneally** | **Michael P. Johnson** |
| BBO NO. 642124 | BBO NO. 641827 |
| One Washington Mall | 695 Atlantic Ave. |
| Suite 1400 | Boston, MA 02111 |
| Boston, MA 02108 | 617-451-2000 |
| 617-723-9165 | |
| **DEFENDANT** | **THIRD-PARTY DEFENDANT** |
| **LAMCO SYSTEMS, INC.** | **GENERAC POWER SYSTEMS, INC.** |
| **TUCKER, HEIFETZ & SALTZMAN, LLP** | **LAW OFFICES OF JACQUELINE ALLEN** |
| "/s/ Scott J. Tucker" | "/s/Jon S. Hartmere" |
| **Scott J. Tucker** | **Jon S. Hartmere** |
| BBO No.503940 | BBO NO. 224510 |
| **Paul Saltzman** | 262 Washington Street |
| **BBO No.** | Boston, MA 02108 |
| Three School Street | 617-878-4631 |
| Boston, MA 02108 | |
| 617-557-9696 | |

Dated: September 7, 2005