September 9, 2005

United States District Court
For the District of Massachusetts
One Courthouse Way
Room 2300
Boston, MA  02210

Attention:    Honorable Judge Mark L. Wolf

     **Re:  Photon Dynamics, Inc. vs.
          Horn International Packaging, Inc.
          and Lamco Systems, Inc.
          Civil Action No: 04-11636-MLW**

## NOTICE OF SETTLEMENT

Dear Judge Wolf:

    Pursuant to your instructions at the Scheduling Conference of September 8, 2005, the parties wish to report to you that the case has been settled.  The parties respectfully request a forty-five (45) day Order issue.

    The parties thank you for your assistance in bringing this case to a conclusion.

                                            Respectfully submitted,

                                            "/s/Thomas E. Clinton"
                                            Thomas E. Clinton

TEC:ab
cc:  Michael P. Johnson, Esquire
     Scott J. Tucker, Esquire
     Jon S. Hartmere, Esquire